STATE OF FLORIDA, ex rel. FRED H. DAVIS, Attorney General, *Plaintiff in Error,* v. W. L. CLARKE, *Defendant in Error.*

En Banc.

Opinion filed October 16, 1928.

C. L. Waller and Davis & Pepper for Plaintiff in Error;

Wm. Blount Myers, S. D. Clarke, W. J. Over, F. B. Winthrop and D. A. Finlayson, for Defendant in Error.

PER CURIAM.—This case is before us on writ of error from a final judgment of the Circuit Court of Leon County, quashing the writ in the nature of *quo warranto* and dismissing the cause. The writ thus quashed had been issued on an information in the nature of *quo warranto* filed by the Attorney General, charging that the respondent, Clarke, was usurping the nomination of the Democratic party for the office of tax assessor of Leon county.

The judgment of the court below, quashing the writ and dismissing the cause, must be affirmed upon the authority of the case of *ex parte,* I. W. Smith, recently decided at the present term of this court.

Affirmed.

WHITFIELD, TERRELL, STRUM, BROWN AND BUFORD, J. J., concur.